IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JABARI ANTONIO THOMAS )
)
vs. ) CIVIL ACTION NO. 608-012
)
OFFICER MIKELL and OFFICER )
DELOACH )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 22 day of May, 2008.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia